IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>BARRINGTON HYLTON<br>Debtor | BK. No. 20-11339-amc<br><br>Chapter No. 13 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2006-FM2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FM2<br>Movant<br>v.<br>BARRINGTON HYLTON<br>PHYLLIS F. HYLTON (Non-filing Co-Debtor)<br>Respondents | 11 U.S.C. §362 AND §1301 |

**ORDER MODIFYING §362 AUTOMATIC STAY AND §1301 CO-DEBTOR STAY**

**AND NOW**, this _____ day of _____, 2020, at **PHILADELPHIA**, upon Motion of **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2006-FM2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FM2** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 6259 N BROAD STREET, PHILADELPHIA, PA 19141 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2006-FM2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FM2** may immediately enforce and implement this Order granting Relief from the Automatic Stay and Co-Debtor Stay; and it is further;

**ORDERED** that relief from any Co-Debtor Stay (if applicable) is hereby granted; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

**Date: July 14, 2020**

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

MICHAEL P. KUTZER
1420 WALNUT STREET
SUITE 1216
MPKUTZER9@GMAIL.COM,
CORRESPONDENCE
PHILADELPHIA, PA 19102-4012

JOHN L. MCCLAIN
JOHN L. MCCLAIN AND
ASSOCIATES
P.O. BOX 123
NARBERTH, PA 19072-0123

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

BARRINGTON HYLTON
8346 MICHENER AVE.
PHILADELPHIA, PA 19119

BARRINGTON HYLTON
6259 N BROAD STREET
PHILADELPHIA, PA 19141

PHYLLIS F. HYLTON
6259 N BROAD STREET
PHILADELPHIA, PA 19141