United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Barrington Hylton  
    Debtor

Case No. 20-11339-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Jul 14, 2020  
                      Form ID: pdf900    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2020.
```
db             +Barrington Hylton,    8346 Michener Ave.,    Philadelphia, PA 19150-1709
cr             +Wilmington Savings Fund Society, FSB,    Robertson, Anschutz, Schneid & Crane LLC,
                 10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 15 2020 04:40:35     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 15 2020 04:40:13
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 15 2020 04:40:29     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bnc@atlasacq.com Jul 15 2020 04:39:54     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
                                                                                               TOTAL: 4
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2020 at the address(es) listed below:
```
              BRANDON DONALD PACK    on behalf of Creditor     Wilmington Savings Fund Society, FSB bpack@rasnj.com
              JEROME B. BLANK    on behalf of Creditor     Deutsche Bank National Trust Company, et.al.
               paeb@fedphe.com
              JOHN L. MCCLAIN    on behalf of Debtor Barrington  Hylton aaamcclain@aol.com,
               edpabankcourt@aol.com
              KERI P EBECK    on behalf of Creditor     Wilmington Savings Fund Society, FSB, d/b/a Christina
               Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust by and through its
               attorney-in-fact Selene Finance LP kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
              MARIO J. HANYON    on behalf of Creditor     Deutsche Bank National Trust Company, et.al.
               paeb@fedphe.com
              MICHAEL P. KUTZER    on behalf of Debtor Barrington  Hylton mpkutzer1@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor     PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor     Deutsche Bank National Trust Company, et.al.
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                               TOTAL: 11
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>**BARRINGTON HYLTON**<br>　　　　　Debtor<br><br>**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2006-FM2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FM2**<br>　　　　　Movant<br>　　　v.<br>**BARRINGTON HYLTON**<br>**PHYLLIS F. HYLTON (Non-filing Co-Debtor)**<br>　　　　　Respondents | BK. No. 20-11339-amc<br><br>Chapter No. 13<br><br><br><br>11 U.S.C. §362 AND §1301 |

### ORDER MODIFYING §362 AUTOMATIC STAY AND §1301 CO-DEBTOR STAY

**AND NOW**, this         day of                  , 2020, at **PHILADELPHIA**, upon Motion of **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2006-FM2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FM2** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 6259 N BROAD STREET, PHILADELPHIA, PA 19141 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2006-FM2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FM2** may immediately enforce and implement this Order granting Relief from the Automatic Stay and Co-Debtor Stay; and it is further;

**ORDERED** that relief from any Co-Debtor Stay (if applicable) is hereby granted; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

**Date: July 14, 2020**

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

MICHAEL P. KUTZER
1420 WALNUT STREET
SUITE 1216
MPKUTZER9@GMAIL.COM,
CORRESPONDENCE
PHILADELPHIA, PA 19102-4012

JOHN L. MCCLAIN
JOHN L. MCCLAIN AND
ASSOCIATES
P.O. BOX 123
NARBERTH, PA 19072-0123

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

BARRINGTON HYLTON
8346 MICHENER AVE.
PHILADELPHIA, PA 19119

BARRINGTON HYLTON
6259 N BROAD STREET
PHILADELPHIA, PA 19141

PHYLLIS F. HYLTON
6259 N BROAD STREET
PHILADELPHIA, PA 19141