**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                : Chapter 13

**Hylton, Barrington**

      **Debtor**

                                :        20-11339 amc

**CERTIFICATE OF SERVICE OF
DEBTOR'S SECOND AMENDED CHAPTER 13 PLAN**

I certify that on February 16, 2021 the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition and from the claims docket were served a copy of the Debtor's SECOND Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: February 16, 2021

                                          "/s/"Mitchell J. Prince
                                          John L. McClain, Esquire
                                          Mitchell J. Prince, Esquire
                                          Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072