**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>BARRINGTON HYLTON<br>　　　　　　　DEBTOR<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST,<br>　　　　　　　OBJECTING PARTY.<br>　　v.<br><br>BARRINGTON HYLTON,<br>WILLIAM C. MILLER, ESQUIRE<br>　　　　　　　RESPONDENTS. | Bankruptcy 20-11339-amc<br><br>Chapter 13<br><br>Related to Doc. No. 48 |

## PRAECIPE TO WITHDRAW PLAN OBJECTION

**PLEASE TAKE NOTICE THAT**, on behalf of Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, Not Individually But As Trustee For Pretium Mortgage Acquisition Trust the undersigned hereby withdraws the following document:

**Doc.: 48, Objection to Confirmation of Plan, filed on May 14, 2020.**

　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　Robertson, Anschutz, Schneid, Crane & Partners, PLLC
　　　　　　　　　　　　　　　Authorized Agent for Secured Creditor
　　　　　　　　　　　　　　　10700 Abbott's Bridge Road, Suite 170,
　　　　　　　　　　　　　　　Duluth, GA 30097
　　　　　　　　　　　　　　　Telephone: 470-321-7112

　　　　　　　　　　　　　　　By: /s/Charles Wohlrab
　　　　　　　　　　　　　　　Charles Wohlrab, Esq.
　　　　　　　　　　　　　　　Email: CWohlrab@raslg.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| In re: | Bankruptcy 20-11339-amc |
|---|---|
| **BARRINGTON HYLTON**<br>　　　　　　**DEBTOR**<br><br>**WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST,**<br>　　　　　　**OBJECTING PARTY.**<br>　　v.<br><br>**BARRINGTON HYLTON AND**<br><br>**WILLIAM C. MILLER, ESQUIRE**<br>　　　　　　**RESPONDENTS.** | **Chapter 13**<br><br>**Related to Doc. No. 48** |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 8, 2021, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

MICHAEL P. KUTZER
1420 WALNUT STREET
SUITE 1216
MPKUTZER9@GMAIL.COM, CORRESPONDENCE
PHILADELPHIA, PA 19102-4012

BARRINGTON HYLTON
8346 MICHENER AVE.
PHILADELPHIA, PA 19119

WILLIAM C. MILLER, ESQUIRE
P.O. BOX 1229
PHILADELPHIA, PA  19105


U.S. TRUSTEE
UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

By: /s/Ryan Keliher
Ryan Keliher
Email: rkeliher@raslg.com