United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11339-amc |
| Barrington Hylton | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 09, 2021 | Form ID: 155 | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barrington Hylton, 8346 Michener Ave., Philadelphia, PA 19150-1709 |
| 14480131 | + | CBA Collection Bureau, PO Box 5013, Hayward, CA 94540-5013 |
| 14497324 | | DEUTSCHE BANK NATIONAL TRUST COMPANY, et.al., PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT,, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14481334 | + | Deutsche Bank, 60 Wall Street, New York, New York 10005-2858 |
| 14485446 | + | Deutsche Bank National Trust Company, et.al., C/O MARIO J. HANYON, Phelan Hallinan & Schmieg, 1617 John F. Kennedy Boulevard, Suite 1400 Philadelphia, PA 19103-1814 |
| 14484382 | | Deutsche Bank National Trust Company, et.al., C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14575925 | + | Deutsche Bank National Trust Company, et.al., C/O ANDREW L. SPIVACK, Brock & Scott, PLLC, 302 Fellowship Road, Ste. 130, Mount Laurel, NJ 08054-1218 |
| 14485331 | | Deutsche Bank National Trust Company, et.al., C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14484461 | + | Deutsche Bank National Trust Company, et.al., C/O THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400 Philadelphia, PA 19103-1814 |
| 14480134 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14480135 | + | Lamont Hanley & Associates, 1138 Elm St, Manchester, NH 03101-1531 |
| 14480136 | + | McCabe, Weisberg & Conway, P.C., 123 South Broad Street, STE 2080, Philadelphia, PA 19109-1031 |
| 14480138 | | Milstead & Associates, 1 E. Stow Road, Marlton, NJ 08053, Cherry Hill, NJ 09002 |
| 14480139 | + | NewRez, c/o PHH Mortgage Services, PO Box 5452, Mt. Laurel, NJ 08054-5452 |
| 14480140 | + | Nstar/cooper, 350 Highland, Houston, TX 77009-6623 |
| 14515244 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14515057 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, c/o KML Law Group, 701 Market Street; Suite 5000, Philadelphia, PA 19106-1541 |
| 14481336 | | PHFA Mortgage, PO Box 8029, Harrisburgh, Pennsylvania 17105-8029 |
| 14575745 | + | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 14480142 | + | PHH Mortgage Corporation, PO Box 5452, Mt. Laurel, NJ 08054-5452 |
| 14575744 | + | PHH Mortgage Corporation, c/o Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14480143 | | Phyllis F. Hylton, 6908 Lincoln Drive, Philadelphia, PA 19119 |
| 14480144 | + | Robertson, Anschutz & Schneid, PL, 6409 Congress Ave, Ste 100, Boca Raton, FL 33487-2853 |
| 14480146 | + | Shapiro & Denardo, LLC, 3600 Horizon Dr., Ste 150, King of Prussia, PA 19406-4702 |
| 14480147 | + | Stradley Ronon Stevens & Young LLP, Michelle Badolato, Esq, 457 Haddonfield Road Ste 100, Cherry Hill, NJ 08002-2223 |
| 14480148 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 14481338 | + | Wilmington SFS, 500 Delaware Ave., Wilmington, Delaware 19801-1490 |
| 14492400 | + | Wilmington Savings Fund Society, C/O Sindi Mncina, 10700 Abbott's Bridge Road, Suite 170,, Duluth, GA 30097-8461 |
| 14492347 | + | Wilmington Savings Fund Society, FSB, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14481339 | + | Wilmington Trust, 500 Delaware Avenue, Wilmington, Delaware 19801-1490 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14480130 | Email/Text: bnc@atlasacq.com | Mar 10 2021 02:12:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14480129 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2021 01:53:15 | Ashley Funding Services, LLC its success, Resurgent Capital Services, PO Box 10587, |

Case 20-11339-amc   Doc 75   Filed 03/11/21   Entered 03/12/21 03:26:40   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 09, 2021 | Form ID: 155 | Total Noticed: 46 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Greenville, SC 29603-0587 |
| 14519572 | | Email/Text: megan.harper@phila.gov | Mar 10 2021 02:12:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14568718 | | Email/Text: megan.harper@phila.gov | Mar 10 2021 02:12:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, C/O PAMELA ELCHERT THURMOND, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14480132 | | Email/Text: megan.harper@phila.gov | Mar 10 2021 02:12:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14532626 | | Email/Text: megan.harper@phila.gov | Mar 10 2021 02:12:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14480133 | + | Email/Text: bknotice@ercbpo.com | Mar 10 2021 02:12:00 | Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14480137 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 10 2021 02:12:00 | Midland Funding, 2365 Northside Dr. Ste 30, San Diego, CA 92108-2709 |
| 14481335 | + | Email/Text: blegal@phfa.org | Mar 10 2021 02:12:00 | PHFA, PO BOX 8029, 211 N Front St., Harrisburg, Pennsylvania 17101-1466 |
| 14482243 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 10 2021 02:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14480141 | + | Email/Text: nod.referrals@fedphe.com | Mar 10 2021 02:12:00 | Phelan, Hallinan & Schmieg, LLP, 1617 JFK Boulevard, Ste 1400, Philadelphia, PA 19103-1814 |
| 14480145 | + | Email/Text: bkteam@selenefinance.com | Mar 10 2021 02:12:00 | Selene Finance Lp, 9990 Richmond, Houston, TX 77042-4559 |
| 14568084 | + | Email/Text: megan.harper@phila.gov | Mar 10 2021 02:12:00 | The City of Philadelphia, c/o Pamela Elchert Thurmond, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14501988 | + | Email/Text: bkteam@selenefinance.com | Mar 10 2021 02:12:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, c/o Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Houston, TX 77042-4546 |
| 14480149 | + | Email/Text: Bankruptcy@wsfsbank.com | Mar 10 2021 02:13:00 | WSFS, 500 Delaware Ave, Wilmington, DE 19801-1490 |
| 14481337 | | Email/Text: megan.harper@phila.gov | Mar 10 2021 02:12:00 | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, Pennsylvania 19102-1663 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14498058 | * | DEUTSCHE BANK NATIONAL TRUST COMPANY, et.al., PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities

Case 20-11339-amc    Doc 75    Filed 03/11/21    Entered 03/12/21 03:26:40    Desc Imaged
Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 09, 2021 | Form ID: 155 | Total Noticed: 46 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2021             Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank National Trust Company  et.al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRANDON DONALD PACK | on behalf of Creditor Wilmington Savings Fund Society  FSB bpack@rasnj.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society  FSB cwohlrab@raslg.com |
| JEROME B. BLANK | on behalf of Creditor Deutsche Bank National Trust Company  et.al. paeb@fedphe.com |
| JOHN L. MCCLAIN | on behalf of Debtor Barrington Hylton aaamcclain@aol.com edpabankcourt@aol.com |
| KERI P EBECK | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christina Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust by and through its attorney-in-fact Selene Finance LP kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| MARIO J. HANYON | on behalf of Creditor Deutsche Bank National Trust Company  et.al. wbecf@brockandscott.com, wbecf@brockandscott.com |
| MICHAEL P. KUTZER | on behalf of Debtor Barrington Hylton mpkutzer9@gmail.com mpkutzer1@gmail.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov karena.blaylock@phila.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Deutsche Bank National Trust Company  et.al. paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Barrington Hylton
    Debtor(s)

Chapter: 13

Bankruptcy No: 20−11339−amc

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 9th day of March 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Ashely M. Chan
    Judge ,
    United States Bankruptcy Court

74
Form 155