Certificate Number: 03088-PAE-DE-037032271

Bankruptcy Case Number: 20-11339



03088-PAE-DE-037032271

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 9, 2022, at 1:39 o'clock PM CST, Barrington U Hylton completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: December 9, 2022

By: /s/Susan D Gann

Name: Susan D Gann

Title: Counselor