United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                               Case No. 20-11339-amc
Barrington Hylton                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                      User: admin                                Page 1 of 4
Date Rcvd: Dec 29, 2022                             Form ID: 138OBJ                         Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barrington Hylton, 8346 Michener Ave., Philadelphia, PA 19150-1709 |
| 14481334 | + | Deutsche Bank, 60 Wall Street, New York, New York 10005-2858 |
| 14485446 | + | Deutsche Bank National Trust Company, et.al., C/O MARIO J. HANYON, Phelan Hallinan & Schmieg, 1617 John F. Kennedy Boulevard, Suite 1400 Philadelphia, PA 19103-1814 |
| 14484382 | | Deutsche Bank National Trust Company, et.al., C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14575925 | + | Deutsche Bank National Trust Company, et.al., C/O ANDREW L. SPIVACK, Brock & Scott, PLLC, 302 Fellowship Road, Ste. 130, Mount Laurel, NJ 08054-1218 |
| 14485331 | | Deutsche Bank National Trust Company, et.al., C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14484461 | + | Deutsche Bank National Trust Company, et.al., C/O THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400 Philadelphia, PA 19103-1814 |
| 14480134 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14480135 | + | Lamont Hanley & Associates, 1138 Elm St, Manchester, NH 03101-1531 |
| 14480136 | + | McCabe, Weisberg & Conway, P.C., 123 South Broad Street, STE 2080, Philadelphia, PA 19109-1031 |
| 14480138 | | Milstead & Associates, 1 E. Stow Road, Marlton, NJ 08053, Cherry Hill, NJ 09002 |
| 14515244 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14481336 | | PHFA Mortgage, PO Box 8029, Harrisburgh, Pennsylvania 17105-8029 |
| 14575744 | + | PHH Mortgage Corporation, c/o Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14480141 | + | Phelan, Hallinan & Schmieg, LLP, 1617 JFK Boulevard, Ste 1400, Philadelphia, PA 19103-1814 |
| 14480143 | | Phyllis F. Hylton, 6908 Lincoln Drive, Philadelphia, PA 19119 |
| 14480146 | + | Shapiro & Denardo, LLC, 3600 Horizon Dr., Ste 150, King of Prussia, PA 19406-4702 |
| 14480147 | + | Stradley Ronon Stevens & Young LLP, Michelle Badolato, Esq, 457 Haddonfield Road Ste 100, Cherry Hill, NJ 08002-2223 |
| 14481338 | + | Wilmington SFS, 500 Delaware Ave., Wilmington, Delaware 19801-1490 |
| 14481339 | + | Wilmington Trust, 500 Delaware Avenue, Wilmington, Delaware 19801-1490 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 30 2022 00:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14480130 | | Email/Text: bnc@atlasacq.com | Dec 30 2022 00:01:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14480129 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2022 00:16:53 | Ashley Funding Services, LLC its success, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14480131 | ^ | MEBN | Dec 29 2022 23:58:41 | CBA Collection Bureau, PO Box 5013, Hayward, CA 94540-5013 |
| 14519572 | | Email/Text: megan.harper@phila.gov | Dec 30 2022 00:01:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy |

Case 20-11339-amc   Doc 90   Filed 12/31/22   Entered 01/01/23 00:25:07   Desc Imaged
                              Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Dec 29, 2022 | Form ID: 138OBJ | Total Noticed: 47 |

| Recip ID | Notice Type | Date | Recipient |
| --- | --- | --- | --- |
| | | | Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14568718 | Email/Text: megan.harper@phila.gov | Dec 30 2022 00:01:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, C/O PAMELA ELCHERT THURMOND, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14480132 | Email/Text: megan.harper@phila.gov | Dec 30 2022 00:01:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14532626 | Email/Text: megan.harper@phila.gov | Dec 30 2022 00:01:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14497324 | Email/Text: BKEBN-Notifications@ocwen.com | Dec 30 2022 00:01:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, et.al., PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT,, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14480133 | + Email/Text: bknotice@ercbpo.com | Dec 30 2022 00:01:00 | Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14480137 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 30 2022 00:01:00 | Midland Funding, 2365 Northside Dr. Ste 30, San Diego, CA 92108-2710 |
| 14480139 | + Email/Text: BKEBN-Notifications@ocwen.com | Dec 30 2022 00:01:00 | NewRez, c/o PHH Mortgage Services, PO Box 5452, Mt. Laurel, NJ 08054-5452 |
| 14480140 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 30 2022 00:01:00 | Nstar/cooper, 350 Highland, Houston, TX 77009-6623 |
| 14515057 | ^ MEBN | Dec 29 2022 23:58:43 | PENNSYLVANIA HOUSING FINANCE AGENCY, c/o KML Law Group, 701 Market Street; Suite 5000, Philadelphia, PA 19106-1541 |
| 14481335 | + Email/Text: blegal@phfa.org | Dec 30 2022 00:01:00 | PHFA, PO BOX 8029, 211 N Front St., Harrisburg, Pennsylvania 17101-1466 |
| 14480142 | + Email/Text: BKEBN-Notifications@ocwen.com | Dec 30 2022 00:01:00 | PHH Mortgage Corporation, PO Box 5452, Mt. Laurel, NJ 08054-5452 |
| 14575745 | + Email/Text: BKEBN-Notifications@ocwen.com | Dec 30 2022 00:01:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 14482243 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 30 2022 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14480144 | + Email/Text: RASEBN@raslg.com | Dec 30 2022 00:01:00 | Robertson, Anschutz & Schneid, PL, 6409 Congress Ave, Ste 100, Boca Raton, FL 33487-2853 |
| 14480145 | + Email/Text: bkteam@selenefinance.com | Dec 30 2022 00:01:00 | Selene Finance Lp, 9990 Richmond, Houston, TX 77042-4559 |
| 14568084 | + Email/Text: megan.harper@phila.gov | Dec 30 2022 00:01:00 | The City of Philadelphia, c/o Pamela Elchert Thurmond, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14480148 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 30 2022 00:01:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 14501988 | + Email/Text: bkteam@selenefinance.com | Dec 30 2022 00:01:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, c/o Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Houston, TX 77042-4546 |
| 14480149 | + Email/Text: Bankruptcy@wsfsbank.com | Dec 30 2022 00:01:00 | WSFS, 500 Delaware Ave, Wilmington, DE 19801-1490 |
| 14481337 | Email/Text: megan.harper@phila.gov | Dec 30 2022 00:01:00 | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, Pennsylvania 19102-1663 |

Case 20-11339-amc   Doc 90   Filed 12/31/22   Entered 01/01/23 00:25:07   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 29, 2022 | Form ID: 138OBJ | Total Noticed: 47 |

| 14492400 | + Email/Text: RASEBN@raslg.com | | |
|---|---|---|---|
| | | Dec 30 2022 00:01:00 | Wilmington Savings Fund Society, C/O Sindi Mncina, 10700 Abbott's Bridge Road, Suite 170,, Duluth, GA 30097-8461 |
| 14492347 | + Email/Text: RASEBN@raslg.com | | |
| | | Dec 30 2022 00:01:00 | Wilmington Savings Fund Society, FSB, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14498058 | * | DEUTSCHE BANK NATIONAL TRUST COMPANY, et.al., PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank National Trust Company et.al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for MASTR Specialized Loan Trust 2007-01 Mortgage Pass-Through Certificates andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| BRANDON DONALD PACK | on behalf of Creditor Wilmington Savings Fund Society  FSB bpack@rasnj.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society  FSB cwohlrab@raslg.com |
| JEROME B. BLANK | on behalf of Creditor Deutsche Bank National Trust Company  et.al. jblank@pincuslaw.com |
| JOHN L. MCCLAIN | on behalf of Debtor Barrington Hylton aaamcclain@aol.com edpabankcourt@aol.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 29, 2022 | Form ID: 138OBJ | Total Noticed: 47 |

**KERI P EBECK**
on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christina Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust by and through its attorney-in-fact Selene Finance LP kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

**MARIO J. HANYON**
on behalf of Creditor Deutsche Bank National Trust Company  et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

**MICHAEL P. KUTZER**
on behalf of Debtor Barrington Hylton mpkutzer9@gmail.com  mpkutzer1@gmail.com

**PAMELA ELCHERT THURMOND**
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

**THOMAS SONG**
on behalf of Creditor Deutsche Bank National Trust Company  et.al. tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Barrington Hylton

      Debtor(s)    Case No: 20−11339−amc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

          900 Market Street
             Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/29/22

 

89 − 84
Form 138OBJ