United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11339-amc |
| Barrington Hylton | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 16, 2023 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barrington Hylton, 8346 Michener Ave., Philadelphia, PA 19150-1709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Feb 17 2023 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 17 2023 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2023          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for MASTR Specialized Loan Trust 2007-01 Mortgage Pass-Through Certificates andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| ANDREW L. SPIVACK | |

District/off: 0313-2 — User: admin — Page 2 of 2
Date Rcvd: Feb 16, 2023 — Form ID: 138FIN — Total Noticed: 3

on behalf of Creditor Deutsche Bank National Trust Company et.al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

**BRANDON DONALD PACK**
on behalf of Creditor Wilmington Savings Fund Society FSB bpack@rasnj.com

**BRIAN CRAIG NICHOLAS**
on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

**CHARLES GRIFFIN WOHLRAB**
on behalf of Creditor Wilmington Savings Fund Society FSB cwohlrab@raslg.com

**JEROME B. BLANK**
on behalf of Creditor Deutsche Bank National Trust Company et.al. jblank@pincuslaw.com

**JOHN L. MCCLAIN**
on behalf of Debtor Barrington Hylton aaamcclain@aol.com edpabankcourt@aol.com

**KENNETH E. WEST**
ecfemails@ph13trustee.com philaecf@gmail.com

**KERI P EBECK**
on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christina Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust by and through its attorney-in-fact Selene Finance LP kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

**MARIO J. HANYON**
on behalf of Creditor Deutsche Bank National Trust Company et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

**MICHAEL P. KUTZER**
on behalf of Debtor Barrington Hylton mpkutzer9@gmail.com mpkutzer1@gmail.com

**PAMELA ELCHERT THURMOND**
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

**THOMAS SONG**
on behalf of Creditor Deutsche Bank National Trust Company et.al. tomysong0@gmail.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Barrington Hylton
        Debtor(s)

Case No: 20−11339−amc
Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/16/23

94 − 93
Form 138FIN