| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania (Philadelphia) || **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br><br>Barrington Hylton | Case Number:<br><br>2:2020-bk-11339 | |
| Name of Creditor:<br>DEUTSCHE BANK NATIONAL TRUST COMPANY, et.al. || |
| Name of Current Servicer of account:<br>  PHH Mortgage Services || **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>PHH Mortgage Corporation<br>ATTN Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416<br><br>  Telephone Number: 855-689-7367<br><br>Prior notice address:<br><br>  1 Mortgage Way<br>  Mount Laurel, NJ 08054 || **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>  PHH Mortgage Services<br>  PO Box 24781<br>  ATTN: SV 19<br>  West Palm Beach, FL 33416<br><br>  Telephone Number: 800-750-2518 || **X** Check this box if you are changing the address that payments will go to. |
| 1.    **Account Number:  6345** || _ Check this box if the account number has changed. |
| 2.    **Court Claim Number: 2** |||
| 3.    **Signature:**<br><br>  Check the appropriate box.<br>        I am the creditor.<br>     X  I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>        I am the trustee, or the debtor.<br>        I am a guarantor, surety, endorser, or other codebtor.<br><br><br>  By:    /s/ John Shelley                              Date:  02/18/2023<br>         Authorized Filing Agent for PHH Mortgage Services |||

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    CASE NO.:    20-11339

**Barrington Hylton**                            CHAPTER:    13

       **Debtor(s).**

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on or before February 21, 2023, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

### SERVICE LIST

*Debtor:*                              *By U.S. Postal Service First Class Mail Postage Prepaid:*

Barrington Hylton
8346 Michener Ave.
Philadelphia, PA 19119


*Debtor's Attorney:*            *By CM / ECF Filing:*

MICHAEL P. KUTZER
1420 Walnut Street
Suite 1216
mpkutzer9@gmail.com, correspondence
Philadelphia, PA 19102-4012


                                     *By CM / ECF Filing:*

JOHN L. MCCLAIN
John L McClain & Associates, PC
PO Box 123
Narberth, PA 19072


*Trustee:*                            *By CM / ECF Filing:*

*Trustee:*  KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for PHH Mortgage Services)